UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 5:09-CV-406-KSF

TIFFANY MANUEL, ET AL.,                                                                              PLAINTIFFS,

v.                                        **OPINION AND ORDER**

TRADITIONAL SPORTING GOODS, INC., ET AL.,                                       DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

The Court having reviewed the graphic photographic exhibits to the Defendants' Motion in Limine to Limit the Number of Graphic Photographs Introduced at Trial [DE #67] and to Plaintiff's Response in opposition [DE #81] and having considered the dissemination possible with electronic filings,

**IT IS HEREBY ORDERED** that photographs marked Exhibit A to Defendants' Motion in Limine [DE #67] and the photographs marked Exhibits 1, 2, 3, 4, 5, 6, 7 and 8 to Plaintiff's Response [DE #81] should be **SEALED** and the Clerk of Court shall seal them.  This does not constitute a determination as to whether the photographs will or will not be admissible at trial.

This November 23, 2011.



Signed By:
*Karl S. Forester*   K S F
**United States Senior Judge**